IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON NORWOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) No. 25cv8264 |
| IIMPACT, a not-for-profit organization | ) |
| and LACOYA HARRIS, individually and | ) |
| in her official capacity as Director of | ) |
| IIMPACT, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE LACOYA HARRIS AS A PARTY DEFENDANT

**NOW COMES** the Plaintiff, SHARON NORWOOD by her attorneys, THE LAW OFFICES OF SCOTT SKALETSKY LLC, and she moves this court for the entry of an order granting her motion to voluntarily dismiss *without prejudice* LACOYA HARRIS as a defendant in the above-referenced matter. Counsel states that Kathleen Cahill, Defendant's counsel and plaintiff's counsel have had a number of conversations about this matter and Plaintiff's counsel can report that this motion is brought by the agreement of the parties.

**WHEREFORE,** the Plaintiff, SHARON NORWOOD moves this court for the entry of an order granting her motion to voluntarily dismiss *without prejudice* LACOYA HARRIS as a defendant in the above-referenced matter.

                                                Respectfully submitted,
                                                SHARON NORWOOD

                                  By:    **Scott Skaletsky**
                                            **The Law Offices of Scott Skaletsky LLC**

**Scott Skaletsky**
**The Law Offices of Scott Skaletsky LLC**
**2607 N. Greenwood Avenue**
**Arlington Heights, IL 60004**
**(312) 217-6022**
sska67@gmail.com
**ARDC #6181405**