## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Norwood Sharon

                Plaintiff,

v.                                          Case No.: 1:25−cv−08264

                                                       Honorable Andrea R. Wood

IIMPACT, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 23, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 9/23/2025. As stated on the record, Plaintiff stated that they intend to voluntarily dismiss the claims against Defendant Lacoya Harris and are directed to do so by 9/26/2025 for defendant. The Court adopts the parties' proposed case schedule set forth in their initial joint status report 10, as modified on the record. The parties shall serve Fed. R. Civ. P. 26(a)(1) initial disclosures by 10/6/2025. Fact discovery shall be completed by 3/16/2026. Dispositive motions shall be filed by 4/30/2026. By 11/21/2025, the parties shall file a joint status report setting forth: (1) the current status of discovery, including what progress has been made, whether the parties are aware of any discovery disputes that will require the Court's involvement, and whether the parties are aware of any reason why they will not be able to complete fact discovery by the 3/16/2026 deadline; (2) the parties' views regarding prospects for settlement and whether the parties request a referral to the magistrate judge for a settlement conference; and (3) whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.