IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | No.    25cv8264 |
| IIMPACT, a not-for-profit organization | ) | |
| and LACOYA HARRIS, individually, and | ) | Judge Andrea R. Wood |
| in her official capacity as Director of | ) | |
| IIMPACT, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, SHARON NORWOOD, by her undersigned counsel and Defendants, IIMPACT and LACOYA HARRIS, by their undersigned counsel, hereby agree to voluntarily dismiss *without prejudice* LACOYA HARRIS as Defendant from the above-captioned matter.

/s/ Scott Skaletsky
The Law Offices of Scott Skaletsky LLC
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
(312) 217-6022
sska67@gmail.com

/s/ Kathleen Cahill
Allocco, Miller & Cahill PC
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325
kmc@alloccomiller.com