IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON NORWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | 25cv8264 |
| ) | The Honorable Andrea Wood |
| IIMPACT, a not-for-profit organization ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

Please take notice that on **October 5, 2025**, I emailed the following document to defendant's counsel:

- **Plaintiff's disclosures pursuant to FRCP 26(A)(1)(a)**

                                         **Respectfully submitted,**
                                         **SHARON NORWOOD**

                      **By:**    **/s/ Scott Skaletsky**
                                  **Scott Skaletsky**
                                  **The Law Offices of Scott Skaletsky LLC**

**Scott Skaletsky**
**The Law Offices of Scott Skaletsky LLC**
**2607 N. Greenwood Avenue**
**Arlington Heights, IL 60004**
**(312) 217-6022**
sska67@gmail.com
**ARDC #6181405**

### CERTIFICATE OF SERVICE

This will confirm that on the 6th day of October 2025 I emailed this Certificate of Service to the clerk for Judge Wood and to defendant's counsel:

                                           Judge Andrea R. Wood
                                           Courtroom 2141
                                           Dirksen Federal Building
                                           219 S. Dearborn Street
                                           Chicago, IL 60604

                                           Kathleen Cahill
                                           Allocco Miller & Cahill, PC
                                           20 N. Wacker Drive, Suite 3517
                                           Chicago, IL 60606