**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Norwood Sharon
                Plaintiff,

v.                                       Case No.: 1:25−cv−08264
                                                                     Honorable Andrea R. Wood

IIMPACT, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion to voluntarily dismiss without prejudice Lacoya Harris as a party defendant [11] is granted. Consistent with the joint stipulation of voluntary dismissal [14], the claims against Defendant Lacoya Harris are dismissed without prejudice. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.