UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 25-cv-8264 |
| | ) | |
| vs. | ) | JUDGE: ANDREA R. WOOD |
| | ) | |
| IIMPACT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

NOW COMES the Plaintiff, SHARON NORWOOD, by and through her counsel, Scott Skaletsky of the Law Offices of Scott Skaletsky and the Defendant, IIMPACT, by and through its counsel, Kathleen M. Cahill and Todd A. Miller of ALLOCCO, MILLER & CAHILL, P.C., and hereby file their Joint Status Report pursuant to the Court's September 23, 2025 Minute Entry (Docket No. 12):

1. **Status of Discovery**

The parties have exchanged disclosures under Federal Rule of Civil Procedure 26(a)(1). In addition, the parties have issued written discovery, including interrogatories and requests for production of documents. Responses to the written discovery are due in early December. Both parties anticipate that oral discovery, including depositions, will be necessary once written discovery is complete.

The parties are not aware of any discovery disputes that will require Court involvement, and they do not believe there is any reason they will be unable to complete fact discovery by the current deadline of March 16, 2026.

1

2. **Settlement Discussions**

The parties have not yet engaged in settlement discussions. The parties believe that any settlement discussions would be more productive after the completion of written discovery.

At this time, the parties do not believe that a referral to the magistrate judge for a settlement conference would be beneficial but respectfully reserve the opportunity to request such a referral should the parties later determine that a settlement conference could be helpful.

3. **Telephonic Status Hearing**

The parties do not believe a telephonic status hearing is necessary at this time.

**Respectfully Submitted,**

| | |
|---|---|
| /s/ Scott Skaletsky | /s/Kathleen M. Cahill |
| Scott Skaletsky | Kathleen M. Cahill |
| Plaintiff's Attorney | One of Defendant's Attorney |
| The Law Offices of Scott Skaletsky, LLC | Allocco, Miller, Cahill, P.C. |
| 2607 N. Greenwood Avenue | 20 N. Wacker Drive, Suite 3517 |
| Arlington Heights, IL 60004 | Chicago, IL 60606 |
| sska67@gmail.com | kmc@alloccomiller.com |