UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON NORWOOD, | ) |
|       Plaintiff, | ) CASE NO.: 25-cv-8264 |
| vs. | ) JUDGE: ANDREA R. WOOD |
| IIMPACT, | ) |
|       Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

Defendant, IIMPACT, by its undersigned counsel, respectfully moves this Court for entry of an order extending the discovery cut-off date and the deadline for filing dispositive motions. This motion is unopposed. In support thereof, Defendant states as follows:

1. On July 23, 2025, Plaintiff filed this action against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1), alleging gender discrimination. (Dkt. No. 2.)

2. Defendant waived service and filed its Answer on September 29, 2025. (Dkt. Nos. 9 & 13.)

3. Pursuant to the Court's Scheduling Order entered on September 23, 2025, fact discovery is set to close on March 16, 2026, and dispositive motions are due on April 30, 2026. (Dkt. No. 12.)

4. The parties have exchanged and responded to their first set of written discovery. Plaintiff subsequently served a second set of document production requests to Defendant, to which Defendant's responses are due on February 18, 2026.

5. Defendant recently identified a limited number of issues related to Plaintiff's written discovery responses.

1

6. The parties are working cooperatively to resolve these issues and believe they will be able to do so without Court intervention.

7. In addition, due to the current workload and other pending deadlines, including a response brief to a summary judgment motion due this month, Defendant requests additional time to complete fact discovery and to also engage in meaningful settlement discussions with Plaintiff.

8. Accordingly, Defendant requests an extension of forty-five (45) days, moving the discovery cut-off from March 16, 2026, to April 30, 2026, and extending the deadline to file dispositive motions to June 14, 2026.

9. Counsel for Defendant has conferred with Plaintiff's counsel regarding this motion, and Plaintiff does not object to the relief requested.

10. This is the first request by either party to extend the discovery and dispositive motion deadlines in this case.

WHEREFORE, Defendant respectfully requests that the Court extend the discovery cut-off date to April 30, 2026, extend the dispositive motion deadline to June 15, 2026, and grant such other and further relief as the Court deems just and proper.

Dated: February 3, 2026　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　IIMPACT

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kathleen M. Cahill
　　　　　　　　　　　　　　　　　　　　　　　　One of Defendant's Attorneys

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
ALLOCCO, MILLER & CAHILL, P.C.
*Counsel for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606-2384
Phone No. (312) 675-4325

## **CERTIFICATE OF SERVICE**

      I, Kathleen Cahill, an attorney, hereby certify that I will cause to be served a copy of the foregoing DEFENDANT, IIMPACT'S, UNOPPOSED FIRST MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES by e-filing a copy of it with the court using its CM-ECF system on February 3, 2026, which will cause a copy to be electronically served on all parties, each of which is registered to receive electronic notifications.

                                              By: /s/ Kathleen M. Cahill
                                                    One of Defendant's Attorneys

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
ALLOCCO, MILLER & CAHILL, P.C.
*Counsel for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606-2384
Phone No. (312) 675-4325