**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHARON NORWOOD, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 25-cv-8264 |
| ) | |
| vs. ) | JUDGE: ANDREA R. WOOD |
| ) | |
| IIMPACT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT MOTION TO REFER CASE TO MAGISTRATE JUDGE**
**FOR A SETTLEMENT CONFERENCE AND TO STAY DISCOVERY**
**PENDING OUTCOME OF SETTLEMENT CONFERENCE**

Plaintiff, Sharon Norwood, by and through her attorney Scott Skaletsky of the Law Offices of Scott Skaletsky, LLC, and Defendant, IIMPACT, by and through its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. jointly move this Honorable Court to enter an order referring this matter to the Magistrate Judge for a settlement conference and to stay discovery pending the outcome of the settlement conference. In support thereof, Plaintiff and Defendant state as follow:

1. On July 23, 2025, Plaintiff filed this action against Defendant under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1), alleging gender discrimination (Dkt. No. 2).

2. Defendant waived service and filed its Answer on September 29, 2025 (Dkt. Nos. 9 & 13).

3. The parties have exchanged Rule 26(a)(1) Disclosures and responded to two sets of written discovery, including interrogatories and requests for production.

4. The parties have also scheduled the depositions of Plaintiff and Defendant's representative.

1

5. On February 4, 2026, the Court granted Defendant's first unopposed motion to extend discovery to April 30, 2026 (Dkt. No. 23).

6. Based on the discovery exchanged to date and the nature of the claims and defenses, the parties believe that this case may be amenable to resolution through a settlement conference conducted by the assigned Magistrate Judge.

7. Proceeding with the scheduled depositions and summary judgment motions will result in substantial costs to the parties that may be avoided if the matter is resolved at this stage.

8. In the interest of conserving the resources of the parties and the Court, the parties jointly request that this matter be referred to the assigned Magistrate Judge for a settlement conference.

9. The parties also jointly request that discovery, including the scheduled depositions, be stayed pending completion of the settlement conference and for a brief period thereafter to allow the parties to finalize any potential resolution.

10. This request is made in good faith and not for purposes of delay.

WHEREFORE, the parties respectfully request that the Court enter an order: (1) referring this matter to the assigned Magistrate Judge for a settlement conference; (2) staying discovery pending the completion of the settlement conference; and (3) granting such other and further relief as the Court deems just and proper.

Dated: April 13, 2026 Respectfully submitted,

/s/ Scott Skaletsky
Scott Skaletsky
Plaintiff's Attorney
The Law Offices of Scott Skaletsky, LLC
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
sska67@gmail.com

/s/ Kathleen M. Cahill
Kathleen M. Cahill
One of Defendant's Attorney
Allocco, Miller, Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
kmc@alloccomiller.com

2

## **CERTIFICATE OF SERVICE**

I, Kathleen Cahill, an attorney, hereby certify that I served a copy of the foregoing *JOINT MOTION TO REFER CASE TO THE MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE AND TO STAY DISCOVERY* by e-filing a copy of it with the court using its CM-ECF system on April 13, 2026, which will cause a copy to be electronically served on all parties, each of which is registered to receive electronic notifications.

By: /s/ Kathleen M. Cahill
One of Defendant's Attorneys

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
ALLOCCO, MILLER & CAHILL, P.C.
*Counsel for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606-2384
Phone No. (312) 675-4325