## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Norwood Sharon

              Plaintiff,

v.

IIMPACT, et al.

              Defendant.

Case No.: 1:25–cv–08264

Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: The parties' joint motion to refer case to magistrate judge for a settlement conference and to stay discovery pending outcome of settlement conference [24] is granted. The case is referred to the magistrate judge for the purpose of conducting a settlement conference. Discovery is stayed until further order of the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.