## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Norwood Sharon

                Plaintiff,

v.

IIMPACT, et al.

                Defendant.

Case No.: 1:25–cv–08264
Honorable Andrea R. Wood

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Keri L. Holleb Hotaling for the purpose of holding proceedings related to: settlement conference. (lma, )

Dated: April 15, 2026

/s/ Andrea R. Wood

United States District Judge