**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Norwood Sharon

     Plaintiff,

v.            Case No.: 1:25–cv–08264
            Honorable Andrea R. Wood

IIMPACT, et al.

     Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 17, 2026:

  MINUTE entry before the Honorable Keri L. Holleb Hotaling: This matter has been referred to Judge Holleb Hotaling for settlement. Therefore, Judge Holleb Hotaling sets an off–the–record pre–settlement conference telephone call for 4/27/2026 at 11:00 a.m. (not to exceed 30 minutes). The parties should ensure they call in ONLY at their designated time and not earlier to ensure the pre–settlement call remains private (but not on the record). The counsel that appears for this pre–settlement telephone discussion must be counsel who will represent their respective clients at the conference, or are able to discuss the issues of the case and to schedule the conference on behalf of their clients. The Court expects counsel to discuss issues in the case that may affect the settlement process. Counsel should review Judge Holleb Hotaling's Standing Order on Settlement Conferences prior to the call. The call in information is 855–244–8681, and the participant access code is 2315 0911 461#. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.