## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Norwood Sharon

                Plaintiff,

v.

                                        Case No.: 1:25−cv−08264

                                        Honorable Andrea R. Wood

IIMPACT, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Off−the−record pre−settlement call held with all counsel on 4/27/2026. A three−hour IN−PERSON settlement conference is set for 6/24/2026 at 1:00pm. in Courtroom 1700, 219 South Dearborn Street, Chicago, IL 60604. The settlement conference date is final and may only be changed by filing a motion. By 5/6/2026, Plaintiff shall send a settlement demand letter to opposing counsel and to Judge Holleb Hotaling's chambers email, Chambers_HollebHotaling@ilnd.uscourts.gov. By 5/20/2026, defense counsel shall send a settlement offer letter to opposing counsel and to Judge Holleb Hotaling's chambers email. The parties agree Judge Holleb Hotaling may conduct ex parte settlement discussions as needed. Settlement conference participants should report to Courtroom 1700, 219 South Dearborn Street, Chicago, IL 60604, unless otherwise notified in advance of the settlement conference.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.