**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Norwood Sharon

              Plaintiff,

v.

              Case No.: 1:25–cv–08264
              Honorable Andrea R. Wood

IIMPACT, et al.

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 15, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Ex parte calls held with counsel for Plaintiff and counsel for Defendant on 06/15/2026. Defendant to provide the requested information to Judge Holleb Hotaling's chambers email, Chambers_HollebHotaling@ilnd.uscourts.gov, by close of business 06/16/2026. Ex parte communications continue. The settlement conference remains set as scheduled unless the Court otherwise notifies counsel. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.