**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Norwood Sharon

               Plaintiff,

v.

IIMPACT, et al.

               Defendant.

Case No.: 1:25−cv−08264
Honorable Andrea R. Wood

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Off−the−record pre−settlement call held with all counsel on 06/22/2026. The IN−PERSON settlement conference set for 06/24/2026 is stricken and reset to 08/04/2026 at 1:00pm. Settlement discussions continue. Defendant to provide the requested information to opposing counsel and to Judge Holleb Hotaling's chambers email, Chambers_HollebHotaling@ilnd.uscourts.gov, by close of business 06/24/2026. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.