## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Norwood Sharon

           Plaintiff,

v.

           Case No.: 1:25−cv−08264
           Honorable Andrea R. Wood

IIMPACT, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Ex parte call held with counsel for Defendant on 07/29/2026. Defendant to provide the requested information to Judge Holleb Hotaling's chambers email, Chambers_HollebHotaling@ilnd.uscourts.gov, by close of business 07/29/2026. Ex parte communications continue. The settlement conference remains set as scheduled unless the Court otherwise notifies counsel. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.