**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Norwood Sharon

           Plaintiff,

v.

                                       Case No.: 1:25–cv–08264

                                       Honorable Andrea R. Wood

IIMPACT, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff has filed an "Amended Complaint at Law" [34], [36], without any accompanying motion for leave to amend the complaint. As Defendant answered the original complaint on 9/29/2025 [13], it is too late for Plaintiff to amend the complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1). Therefore, Plaintiff must obtain either Defendant's written consent or the Court's leave to file an amended complaint. Accordingly, if Plaintiff wishes to proceed with the Amended Complaint at Law, she must file a motion for leave to amend either: (1) demonstrating that she has written consent from Defendant, or (2) requesting leave to amend from the Court. The Clerk is directed to terminate as pending motions the filings at docket nos. [34] and [36], which consist only of complaints and not actual motions. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.