**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **SHARON NORWOOD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **Vs.** | ) |
| | ) **No. 25cv8264** |
| **IIMPACT, a not-for-profit organization** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**NOW COMES** the Plaintiff, SHARON NORWOOD, by her attorneys, THE LAW OFFICES OF SCOTT SKALETSKY LLC, and pursuant to Rule 15 of the Federal Rules of Civil Procedure, she moves this Court for the entry of an order granting her leave to file an Amended Complaint to add a Count II pendent state claim of 775 ILCS 5/2-102.

The Plaintiff further states that she does not have written consent from Defendant's counsel with which to file the Amended Complaint, which is the reason for this Motion. On July 31, 2026 the Defendant advised Plaintiff's counsel by email that she is opposing the motion.

The following is the basis for the Plaintiff's motion:

a. the proposed amendment arises out of the same set of facts as alleged in the original motion any further discovery would focus on the facts that are identical to those set forth in the original complaint, and as such, the Defendant will not suffer any prejudice from the filing of amended complaint;

b. the proposed amended complaint does not seek to alter the allegations of the complaint, but merely seeks to add a state statute;

c. there has been no delay in discovery since on April 13, 2026 the Magistrate Judge issued an order staying discovery pending the completion of settlement discussions;

1

d. the Defendant suffers no prejudice from the filing of an amended complaint because of the reasons set forth above.

Attached hereto is a copy of a proposed Amended Complaint.

**WHEREFORE,** the Plaintiff, SHARON NORWOOD, prays that this court grant the Plaintiff's motion for leave to file an Amended Complaint to add a Count II pendent state claim of 775 ILCS 5/2-102.

**Respectfully submitted,**
**SHARON NORWOOD**

By:     **/s/ Scott Skaletsky**
        **The Law Offices of Scott Skaletsky LLC**

**Scott Skaletsky**
**The Law Offices of Scott Skaletsky LLC**
**2607 N. Greenwood Avenue**
**Arlington Heights, IL 60005**
**(312) 217-6022**
**sska67@gmail.com**
**ARDC #6181405**