## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Norwood Sharon

                Plaintiff,

v.

                Case No.: 1:25−cv−08264
                Honorable Andrea R. Wood

IIMPACT, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 4, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: In−person settlement conference held on 8/4/2026. The case did not settle. All matters relating to the settlement referral of this case having been resolved, the referral is closed, and the case is returned to the assigned district judge. Judge Holleb Hotaling no longer referred to this case. If in the future the parties wish to explore settlement again, Judge Holleb Hotaling stands ready to assist under a new settlement (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.