**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | No. 25cv8264 |
| | ) | |
| IIMPACT, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO WITHDRAW HER MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**NOW COMES** the Plaintiff, SHARON NORWOOD, by her attorneys, THE LAW OFFICES OF SCOTT SKALETSKY LLC, and she moves this court for the entry of an order granting her leave to withdraw her Motion for Leave to File an Amended Complaint.

**WHEREFORE,** the Plaintiff prays that court enter an order granting her the relief that she has requested above.

Respectfully submitted,
SHARON NORWOOD

By:     /s/ Scott Skaletsky
THE LAW OFFICES OF SCOTT SKALETSKY LLC

Scott Skaletsky
The Law Offices of Scott Skaletsky LLC
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
(312) 217-6022
sska67@gmail.com
ARDC #6181405