**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 25-cv-8264 |
| | ) | |
| vs. | ) | JUDGE: ANDREA R. WOOD |
| | ) | |
| IIMPACT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# JOINT STATUS REPORT

NOW COMES Plaintiff, SHARON NORWOOD, by and through her counsel, Scott Skaletsky of the Law Offices of Scott Skaletsky, and Defendant, IIMPACT, by and through its counsel, Kathleen M. Cahill and Todd A. Miller of ALLOCCO, MILLER & CAHILL, P.C., and hereby submit this Joint Status Report pursuant to the Court's instruction at the status hearing held on August 13, 2026, directing the parties to submit a proposed schedule for completion of the remaining discovery.

## 1. Status of Discovery

The Court previously stayed the discovery deadline to allow the parties to participate in a settlement conference and attempt to resolve the case. The parties attended a settlement conference but were unable to reach a settlement.

The parties have completed written discovery and now need to complete the remaining fact discovery. Specifically, the parties anticipate taking the depositions of the parties and approximately two to three additional witnesses. The parties also anticipate that limited follow-up discovery, including the production of documents identified or requested during the depositions, may be necessary.

## 2. Proposed Schedule

The parties have conferred and jointly propose the following schedule:

- **Completion of all remaining fact discovery, including depositions and any follow-up discovery or document production:** November 20, 2026.
- **Filing of dispositive motions:** January 8, 2027.

## 3. Request for Relief

The parties respectfully request that the Court enter an order adopting the proposed schedule set forth above.

Dated: August 20, 2026

**Respectfully Submitted,**

/s/ Scott Skaletsky
Scott Skaletsky
Plaintiff's Attorney
The Law Offices of Scott Skaletsky, LLC
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
sska67@gmail.com

/s/Kathleen M. Cahill
Kathleen M. Cahill
One of Defendant's Attorney
Allocco, Miller, Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
kmc@alloccomiller.com