**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Norwood Sharon
Plaintiff,
v.
IIMPACT, et al.
Defendant.

Case No.: 1:25−cv−08264
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 13, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 8/13/2026. Plaintiff's counsel failed to appear. As stated on the record, Plaintiff's motion for leave to withdraw her motion for leave to file an amended complaint [41] is granted. Plaintiff's motions to amend [38] and [39] are voluntarily withdrawn. By 8/20/2026, the parties shall file a joint status report setting forth a proposed schedule for completing any outstanding discovery, including identification of any outstanding issues regarding written and document discovery and stating the number of depositions to be taken. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.