**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SHARON NORWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 25-cv-8264 |
| | ) | |
| vs. | ) | JUDGE: ANDREA R. WOOD |
| | ) | |
| IIMPACT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE FOR COMPLETION OF DISCOVERY**

NOW COMES Plaintiff, SHARON NORWOOD, by and through her counsel, Scott Skaletsky of the Law Offices of Scott Skaletsky, LLC, and Defendant, IIMPACT, by and through its counsel, Kathleen M. Cahill and Todd A. Miller of ALLOCCO, MILLER & CAHILL, P.C., and hereby submit this Joint Status Report to update the Court on the progress of discovery since the parties' Joint Status Report filed on August 20, 2026, and to propose a schedule for the completion of the remaining discovery.

**1. Status of Discovery**

On April 15, 2026, the Court stayed discovery to allow the parties to participate in a settlement conference and attempt to resolve the case. The stay remained in effect through August 4, 2026, when the parties attended the settlement conference but were unable to reach a settlement.

In their August 20, 2026, Joint Status Report, the parties proposed that fact discovery be completed by November 20, 2026. The parties completed written discovery and since the last status report, the depositions of Plaintiff and Defendant's representative have been completed.

The parties have not yet received the deposition transcripts and need time to review them once received to determine whether any limited additional discovery is necessary, including

obtaining records identified and requested during the depositions. Additional time is also requested because, in light of recent deposition testimony, Defendant anticipates filing a motion for leave to file an amended answer and affirmative defenses, and the proposed schedule will allow for any limited discovery related to that amendment

The parties do not anticipate the need for expert discovery. The parties respectfully propose the updated schedule below.

**2. Proposed Schedule**

The Court has not yet entered a schedule following the parties' August 20, 2026, Joint Status Report. The parties have conferred and jointly propose the following updated schedule in place of the dates proposed in that report:

- **Close of all discovery, including the production of records identified or requested during the depositions:** January 15, 2027.
- **Deadline to file dispositive motions:** March 1, 2027.

**3. Request for Relief**

The parties respectfully request that the Court enter an order adopting the proposed schedule set forth above.

Dated: November 19, 2026

**Respectfully Submitted,**

/s/ Scott Skaletsky
Scott Skaletsky
Plaintiff's Attorney
The Law Offices of Scott Skaletsky, LLC
2607 N. Greenwood Avenue
Arlington Heights, IL 60004
sska67@gmail.com

/s/ Kathleen M. Cahill
Kathleen M. Cahill
One of Defendant's Attorneys
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
kmc@alloccomiller.com